# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 30, 2020

## NO. 03-19-00769-CV

**Matthew S. Bovee, Appellant**

**v.**

**Heinz North America Div. of J.H. Heinz Co., L.P.; CBS News, Inc.; Michael Kasper Heinz; Michael Charles Heinz; Michelle Heinz; and Jerika Duncan, Appellees**

## APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES BAKER AND TRIANA
## AFFIRMED -- OPINION BY JUSTICE TRIANA

This is an interlocutory appeal from the district court's October 17, 2019 orders denying Appellant's TCPA motion to dismiss. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's orders. Therefore, the Court affirms the district court's orders. The January 30, 2020 stay of trial-level proceedings is lifted and this cause is remanded for further proceedings consistent with this opinion and section 27.009 of the Civil Practice and Remedies Code. *See* former Tex. Civ. Prac. & Rem. Code § 27.009. Because Appellant is indigent and unable to pay costs, no adjudication of costs is made.